**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Mustafe H.,

Petitioner,

v.

Todd Blanche, AG; Todd Lyons, DHS; and Eric Tollefson, Warden of Kandiyohi,

Respondents.

Case No. 26-CV-3760-KMM-EMB

**ORDER**

Petitioner Mustafe H. initiated this matter with a petition for a writ of habeas corpus alleging that he was being detained pending a removal that was not likely to occur in the foreseeable future. On October 8, 2026, the government represented that travel documents had been procured for Petitioner and that his removal was therefore likely to occur shortly. (*See* Dkt. No. 6.) The government is hereby directed to inform the Court, by no later than October 29, 2026, (1) whether Petitioner has been removed from the United States, and (2) if Petitioner has not been removed, whether a date certain has been identified for Petitioner's removal.

SO ORDERED.

Dated: October 23, 2026

*/s/ Elsa M. Bullard*
Elsa M. Bullard
United States Magistrate Judge